

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-12-00148-CR

DAVID CHARLES DAVIDSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 102nd District Court
Red River County, Texas
Trial Court No. CR01645

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

After having pled guilty to evading arrest or detention with a motor vehicle, David Charles Davidson was sentenced to two years' confinement, probated for five years in November 2010.[1] In June 2012, the trial court entered an order continuing community supervision and modifying the terms of Davidson's community supervision.[2] After Davidson refused to submit to drug testing and a firearm was discovered at his residence, Davidson's community supervision was revoked and he was sentenced to two years' confinement in July 2012. Davidson appeals the judgment of revocation, and has filed a single brief, in which he raises issues common to each of his appeals.[3]

We addressed these issues in detail in our opinion of this date on Davidson's appeal in cause number 06-12-00147-CR, styled *David Charles Davidson v. The State of Texas*. For the reasons stated therein, we likewise conclude that error has not been shown in this case.

---

[1]Davidson was also fined $1,000.00, was ordered to complete 120 hours of community service and was ordered to pay court costs and a crime-stopper fee.

[2]Additional terms of community supervision included the successful completion of drug court, Treatment Alternative to Incarceration Program (TAIP), freedom of choice, and attendance at ninety Alcoholics Anonymous/Narcotics Anonymous meetings in ninety days and as directed by his supervising officer thereafter.

[3]Davidson also appeals from a judgment revoking his community supervision in trial court cause number CR01451 on the underlying charge of possession of less than one gram of methamphetamine in appellate cause number 06-12-00147-CR.

We affirm the judgment of the trial court.

Josh R. Morriss, III
Chief Justice

Date Submitted:     January 10, 2013
Date Decided:       February 8, 2013

Do Not Publish